**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| JOSHUA MICHAEL GRAHAM, | : | |
| | : | **CIV. NO. 19-6757 (RMB-KMW)** |
| Plaintiff | : | |
| v. | : | **OPINION** |
| | : | |
| S.L.E.O. MARK ROWE and | : | |
| CITY OF VINELAND, | : | |
| | : | |
| Defendants | : | |

**BUMB**, DISTRICT JUDGE

Plaintiff Joshua Michael Graham, incarcerated in South Woods State Prison, filed a civil rights complaint under 42 U.S.C. § 1983 on February 25, 2019. (Compl., ECF No. 1.) The Court pre-screened the complaint pursuant to 28 U.S.C. § 1915(e)(2)(b) and 1915A(b), pointed out the deficiencies in the claims and administratively terminated the action because Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. 1915(a) ("*in forma pauperis* or IFP application") was incomplete. (Order, ECF No. 3.) On August 2, 2019, Plaintiff filed an amended complaint against Officer Rowe and the City of Vineland to cure the deficiencies in the original complaint. (Am. Compl., ECF No. 4.) On August 19, 2019, the Court received a $400.00 filing fee from Plaintiff, and the Court will reopen this action.

I. DISCUSSION

When a prisoner pays the filing fee for a civil action and seeks redress from a governmental entity, officer or employee of a governmental entity, 28 U.S.C. § 1915A(b) requires courts to review the complaint and *sua sponte* dismiss any claims that are (1) frivolous or malicious; (2) fail to state a claim on which relief may be granted; or (3) seek monetary relief against a defendant who is immune from such relief. The Court has screened the amended complaint and determined that it may proceed.

III. CONCLUSION

Plaintiff's amended complaint may proceed.

An appropriate Order follows.

Date: August 26, 2019

                                         s/Renée Marie Bumb
                                         **RENÉE MARIE BUMB**
                                         **United States District Judge**